IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERRIEK A. VORNES SR
ADC #112874                                                          PLAINTIFF

v.                       No. 3:22-cv-174-DPM

JUSTIN FAULKNER, Sergeant,
Osceola Police Department;
RONNIE WILLIAM, Head
Detective, Osceola Police
Department; JERRY HAMILTON,
Active Chief, Osceola Police
Department; CATHERINE DEAN,
Municipal Court District Judge                                       DEFENDANTS

ORDER

Vornes hasn't moved to lift the stay; and the time to do so has passed. The Court therefore lifts the stay to dismiss this case without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2023