IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TERRIEK A. VORNES SR
ADC #112874                                                                    PLAINTIFF

v.                            No. 3:22-cv-174-DPM

JUSTIN FAULKNER, Sergeant,
Osceola Police Department;
RONNIE WILLIAM, Head
Detective, Osceola Police
Department; JERRY HAMILTON,
Active Chief, Osceola Police
Department; CATHERINE DEAN,
Municipal Court District Judge                                                 DEFENDANTS

## JUDGMENT

Vornes's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2023